page 1

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Plaintiff:** Michael Ward 940219
[You are the PLAINTIFF, print your full name on this line.]

v. Ryan Baker Sheriff ETAL
Brook Murphy - Jail Commander
Wabash County Jail Medical
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

**Case Number:** 3:25-CV-00243-JTM-AZ
[For a new case in this court, leave blank. the court will assign a case number.]

FILED
04/28/2025 PLA
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Ryan Baker, Sheriff | 79 West Hill Street, Wabash, IN 46992 |
| 2 | Brook Murphy, Jail Commander | 79 West Hill Street, Wabash, IN 46992 |
| 3 | Kathy Wolf (R.N) | 79 West Hill Street, Wabash, IN 46992 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? **Wabash County Jail 79 West Hill Street Wabash IN 46992**

3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: _____

4. On what date did this event occur? From 5/21/2021 until Transport to IDOC on 6-2-2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. *[The first paragraph has been numbered for you.]*

1. I was involved in an auto accident that occured on 4/26/2021. This is while I was out on Bond from my criminal action. On May 5th 2021 I went to a hearing at the Wabash County Superior Court to see if the Wabash County Jail has sufficient medical supplies and has the resources to take care of my medical needs. I was taken in to custody that day and stayed in continuous confinement at the Wabash County Jail until my transport to IDOC on 6-? 2023. During my initial rearrest on 5-5-2021 I had several broken bones, pelvic, hip, ribs, leg and skull fractures. For these several months in this jail I never saw any "outside" medical personel, went to any doctors visits or did I see anyone for physical therapy. While in this jail my pain meter was always a "10" on a scale from 1-10. I caused many more injuries because the jail wasn't equiped for anyone handicapped or anyone in a wheel chair or injured.

Several times during this time frame I fell and re-broke bones and my facial stitches were torn out from trying to manuever from one position to the

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Claims and Facts (continued)

The only pain management that I received was a couple of tylenol here and there and I was never given anything to comfort the pain. The follow up Dr. visits that the doctor on the "street" issued for me to return for a follow up never happend.

For almost two years I had to pull myself on the floor to get from the toilet to my bed or the toilet to the shower.

My accident (Auto) happend on 4-26-2021 I was Arrested at my medical hearing after several people swore under oath that the Wabash County Jail was fit and had the resources to care for my injuries properly. The Wabash County Jail had nothing medically sound to furnish for the care I needed. In essence, my body healed by itself and I had to strengthen my body on a concrete floor for almost two years. During this time frame I received nothing to help me get through my several broken bones, lacerations, hip, pelvic fracture, and all of the damage my body went through.

Whenever, I would beg for some pain managment the nurse would always say "I have to get the Doctor for that" Then I would not see her for 24 hours.

The people I'm holding accountable either lied on the stand at my "medical hearing" or they refused me the medical care I needed or both! I went through so much misery in that time frame and my body is still messed up from not healing correctly or with the correct supplies

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event? ● No, this event is not greivable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was greivable, but I did not file a grievance because _There is (was) no grievance policy at the Wabash County Jail._

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _I am Asking for $700,000 (Seven Hundred thousand dollars)_

[Initial Each Statement]
   ✓ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   ___ I will keep a copy of this complaint for my records.
   ___ I will promptly notify the court of any change of address.
   ___ I WILL NOT send more than one copy of any filing to the court.
   ___ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   ___ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on ___/___/20___ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____Michael Ward_____                                    ____940219____
Signature                                                   Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]